# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Love,<br><br>    Plaintiff,<br><br>  v.<br><br>B.H. Properties, LLC, a California Limited Liability Company; Hector's Tires, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:14-CV-01786-BRO-DTB<br><br>**ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 2, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

1